1  Jeffrey D. Polsky (SBN 120975)
   jpolsky@foxrothschild.com
2  Jaemin Chang (SBN 232612)
   jchang@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone: 415.364.5540
5  Facsimile:  415.391.4436

6  Attorneys Specially Appearing for Defendant
   BRAD BERKLEY

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                       FRESNO DIVISION

11

12 | GLENN A. ABRAHAMSON, an individual; | Case No.: 1:16-CV-00348-AWI-BAM
   | JOSEPH WONG, an individual; BB17, LLC, |
13 | a Wyoming limited liability company, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS; [PROPOSED] ORDER**
14 |            Plaintiffs, |
15 |       vs. |
16 | BRAD BERKLEY, an individual, | First Amended Complaint Filed:     3/18/16
17 |            Defendant. |

18

19        Plaintiffs Glenn A. Abrahamson, Joseph Wong and BB17, LLC (collectively "Plaintiffs")

20  and Defendant Bradley Berkley (specially appearing), by and through their attorneys of record in

21  this case, hereby stipulate and agree that:

22        WHEREAS, Plaintiffs filed their initial Complaint in this action on March 11, 2016 (ECF

23  No. 1);

24        WHEREAS, Plaintiffs filed their First Amended Complaint on March 18, 2016 (ECF No. 2);

25        WHEREAS, Defendant's responsive pleading is presently due on April 22, 2016;

26        WHEREAS, Defendant requested and Plaintiffs agreed to a brief 14 day extension of time to

27  respond to the First Amended Complaint;

28

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, Local Rule 144(a) of the United State District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall file his responsive pleading by May 6, 2016.

**IT IS SO STIPULATED**.

Dated:  April 21, 2016                    FOX ROTHSCHILD LLP


                                 By    /s/Jaemin Chang
                                       Jeffrey D. Polsky
                                       Jaemin Chang
                                       Attorneys for Specially Appearing Defendant
                                       BRAD BERKLEY


Dated:  April 21, 2016                    KAHN, SOARES & CONWAY, LLP


                                 By    /s/ Richard C. Conway (as authorized on 4/21/16)
                                       Richard C. Conway
                                       Attorneys for Plaintiffs
                                       GLENN A. ABRAHAMSON,
                                       JOSEPH WONG, and BB17, LLC

## ORDER

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint is extended to May 6, 2016.

**IT IS SO ORDERED**.

Dated:   **April 27, 2016**             /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE