UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ABRAHAMSON, an individual, JOSEPH WONG, an individual, and BB17, LLC, a Wyoming limited liability company<br><br>Plaintiffs<br><br>v.<br><br>BRAD BERKLEY, an individual,<br><br>Defendant | CASE NO. 1:16-CV-0348 AWI BAM<br><br>ORDER FOR PARTIES TO SUBMIT JOINT STATUS REPORT FOLLOWING MEDIATION |

Currently pending before this Court are Defendant's Rule 12(b)(2) and anti-SLAPP motions. However, on July 28, 2016, Plaintiff informed the Court that the parties are scheduled for mediation on August 17, 2016, in an effort to resolve this case. See Doc. No. 30. The results of the mediation could moot the pending motions. Therefore, the Court will order the parties to inform the Court of the status of the case following mediation.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report by 2:00 p.m. on August 19, 2016.

IT IS SO ORDERED.

Dated:   August 15, 2016                                   _____
                                                                            SENIOR  DISTRICT  JUDGE