1  Jeffrey D. Polsky (SBN 120975)
   jpolsky@foxrothschild.com
2  Jaemin Chang (SBN 232612)
   jchang@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone: 415.364.5540
5  Facsimile:  415.391.4436

6  Attorneys Defendant
   BRAD BERKLEY
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10                   FRESNO DIVISION

11

12 GLENN A. ABRAHAMSON, an individual;      Case No.: 1:16-CV-00348-AWI-BAM
   JOSEPH WONG, an individual; BB17, LLC,
13 a Wyoming limited liability company,      **STIPULATION  EXTENDING TIME TO
                                             FILE AN ANSWER TO FIRST
14              Plaintiffs,                   AMENDED COMPLAINT BY NOT
                                             MORE THAN 28 DAYS;** ~~[PROPOSED]~~
15         vs.                               ORDER

16 BRAD BERKLEY, an individual,
                                             First Amended Complaint Filed:     3/18/16
17              Defendant.

18

19

20        Plaintiffs Glenn A. Abrahamson ("Plaintiff") and Defendant Bradley Berkley ("Defendant"),

21 by and through their attorneys of record in this case, hereby stipulate and agree that:

22        WHEREAS, Plaintiffs filed their initial Complaint in this action on March 11, 2016 (ECF

23 No. 1);

24        WHEREAS, Plaintiffs filed their First Amended Complaint on March 18, 2016 (ECF No. 2);

25        WHEREAS, Defendant's deadline to file a responsive pleading was extended by 14 days to

26 May 6, 2016;

27        WHEREAS, Defendant filed its Motion to Dismiss for Lack of Personal Jurisdiction and an

28 anti-SLAPP Motion to Strike on May 6, 2016;

WHEREAS, the Court issued and entered its ruling on the Motion to Dismiss and Motion to Strike on September 2, 2016;

WHEREAS, the current deadline to file an Answer to the First Amended Complaint is September 16, 2016;

WHEREAS, the parties' respective attorneys met and conferred pursuant to Rule 26(f) and agree to allow Defendant a brief 6-day extension of time to file his Answer (the two extensions will be less than 28 days prescribed in Rule 144(a)); and

WHEREAS, the joint discovery plan submittal deadline and the Mandatory Scheduling Conference date will not be changed.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall file his Answer by September 22, 2016.

**IT IS SO STIPULATED**.

Dated:  Septmeber 15, 2016                    FOX ROTHSCHILD LLP

                                             By    /s/Jaemin Chang_____
                                                   Jeffrey D. Polsky
                                                   Jaemin Chang
                                                   Attorneys for Defendant
                                                   BRAD BERKLEY

Dated:  Septmeber 15, 2016                    KAHN, SOARES & CONWAY, LLP

                                             By    /s/ Richard C. Conway (as authorized on 9/14/16)
                                                   Richard C. Conway
                                                   Attorneys for Plaintiff
                                                   GLENN A. ABRAHAMSON

**<u>ORDER</u>**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Defendant's deadline to file his Answer to Plaintiffs' First Amended Complaint is extended to September 22, 2016.


**IT IS SO ORDERED**.


Dated:   **September 16, 2016**                    */s/ Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE